IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JESSIE J. HARRIS                                                                                    PLAINTIFF

V.                                              CASE NO. 07-cv-4006

UNITED STATES OF AMERICA                                                        DEFENDANT

**ORDER**

      Before the Court is a Motion for Partial Summary Judgment filed by the Defendant. (Doc. 14). The Plaintiff responded and requested additional time to complete discovery under Federal Rule of Civil Procedure 56(f). (Doc. 16). The Court ordered Plaintiff to respond to Defendant's Motion for Partial Summary Judgment on the merits. (Doc. 30). Plaintiff responded to the merits of Defendants Motion on March 24, 2009. (Doc. 32). For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendant's Motion for Partial Summary Judgment should be and hereby is **DENIED**.

      **IT IS SO ORDERED**, this 21st day of April, 2009.

      /s/ Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge